# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JS-6

| | |
|---|---|
| THE CITY OF BEVERLY HILLS, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRANSIT ADMINISTRATION, et al.,<br><br>Defendants. | Case No. CV 13-1144-GW(SSx)<br>*Consolidated with*<br>**No. CV 13-8621-GW(SSx)**<br><br>**Final Judgment** |

In accordance with Federal Rule of Civil Procedure 54 and the Court's Order Regarding Satisfaction of Remand and Further Litigation (Docket No. 275) ("Order"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. On August 12, 2016, the Court issued a Final Decision on Motions for Summary Judgment and Ruling in Regards to Remedy (Docket No. 188) ("Final Decision"), granting in part and denying in part the motion for summary judgment filed by Plaintiff The City of Beverly Hills ("the City") and granting in part and denying in part the motion for summary judgment filed by Federal Defendants Federal Transit Administration *et al.* ("Federal Defendants");

2. On December 8, 2017, the Federal Defendants filed a Notice of Satisfaction of Remand (Docket No. 273) ("Notice") indicating they had completed the procedural tasks outlined in the Court's Final Decision.

3. As to the claims on which the City prevailed, as identified in the Final Decision, judgment is entered in favor of the City. Such claims are dismissed as moot in light of the Order.

4. As to all other claims, judgment is entered in favor of the Federal Defendants. Such claims are dismissed with prejudice.

5. All parties are to bear their own costs and attorney's fees.

6. Nothing herein modifies the Order.

IT IS SO ORDERED.

DATED: January 24, 2018

_____
GEORGE H. WU
United States District Judge

[Proposed] Final Judgment
CASE NO. CV 12-9861-GW (SSx)